**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

October 14, 2009

Douglas E. Cressler
Chief Deputy Clerk

Mr. David B. Autry
1021 N.W. 16th Street
Oklahoma City, OK 73106-0000

Mr. Tivon Schardl
Federal Defender's Office
Capital Habeas Unit
801 I Street, 3rd Floor
Sacramento, CA 95814-0000

**RE:     09-7096, In re: Barrett**
          Dist/Ag docket: 6:09-CV-00105-JHP

Dear Counsel:

A petition for extraordinary writ (mandamus or prohibition) was docketed today. You will be notified as soon as the court takes action.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:     Jeffrey Bradford Kahan
        Christopher Wilson

EAS/gh