FILED
United States Court of Appeals
Tenth Circuit

October 22, 2009

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

In re:

KENNETH EUGENE BARRETT,

Petitioner.

No. 09-7096
(D.C. No. 6:09-CV-00105-JHP)
(E.D. Okla.)

---

**ORDER**

---

Before **BRISCOE**, **LUCERO**, and **TYMKOVICH**, Circuit Judges.

---

Kenneth Eugene Barrett has filed a petition for a writ of mandamus compelling the recusal of Chief District Judge James H. Payne, who presided over his criminal trial and now is presiding over his motion under 28 U.S.C. § 2255 challenging his death sentence.

Having reviewed Barrett's motion and the supporting materials, we conclude that a response would assist the court in deciding this matter. Accordingly, we order the United States to respond to Barrett's petition and invite Chief Judge Payne to respond, should he wish to do so. But we have before us Chief Judge Payne's order dated September 11, 2009, upon which he may rely in lieu of any further response. Any response shall be filed within 30 days of the date of this order. Barrett may file a reply, if he chooses to do so, within 15 days

after the deadline for filing a response.  In addition, within 7 days of the date of

this order, Barrett shall file a supplemental appendix containing a full and

complete copy of Volume I of the transcript included as Exhibit N to his

mandamus petition.

Entered for the Court,

ELISABETH A. SHUMAKER, Clerk