# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

In re:

KENNETH EUGENE BARRETT,

Petitioner.

No. 09-7096
(D.C. No. 6:09-CV-00105-JHP)
(E.D. Okla.)

## RESPONSE TO COURT'S ORDER

Comes now United States District Judge James H. Payne and in response to this Court's Order would advise the Court that he will stand on the facts contained within the Order entered below on September 11, 2009, including the documents cited in said Order. Since, however, the majority of the allegations of bias deal with budgetary issues, Respondent would ask this Court to review all budgetary matters filed in the case below, including transcripts, budget requests and/or correspondence relating to the budget.[1] Additionally, Respondent requests this Court to review the transcript of the telephonic hearing on Defendant's Emergency Motion to Toll Statute of Limitations in *United States v. Kenneth Eugene Barrett*, Case No. 04-CR-115-JHP held on February 11, 2009. To Respondent's knowledge, this transcript has not been transcribed.

Respectfully submitted,

James H. Payne
United States District Court Judge

---

[1]Most of these documents are sealed and some have not previously been provided to counsel for the Government.

## <u>CERTIFICATE OF MAILING</u>

I hereby certify that on this 28th day of October 2009, I caused the foregoing Response

to Court's Order to be served upon the following persons by placing copies of the same in

the United States Mail, first class, postage prepaid, addressed to:

Christopher J. Wilson
Assistant United States Attorney
1200 W. Okmulgee Street
Muskogee, OK 74401

Jeffrey B. Kahan
U.S. Department of Justice
1331 F. Street, N.W.
Washington, D.C. 20530

David B. Autry
Attorney at Law
1021 N.W. 16th Street
Oklahoma City, Oklahoma 73106-6405

Daniel J. Broderick, Federal Defender
Tivon Schardl, Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814

Linda Ambrose, Secretary
James H. Payne
United States District Judge