COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | NO. CR-04-115-P |
| | ) | |
| KENNETH EUGENE BARRETT, | ) | |
| Defendant. | ) | |

\* \* \*

UNSEALED CRIMINAL PRETRIAL HEARING

BEFORE THE HONORABLE JAMES H. PAYNE
UNITED STATES DISTRICT JUDGE

AUGUST 31, 2005

\* \* \*

A P P E A R A N C E S:

FOR THE PLAINTIFF:          MR. SHELDON J. SPERLING
                            United States Attorney
                            MR. D. MICHAEL LITTLEFIELD
                            Assistant United States Attorney
                            1200 West Okmulgee Street
                            Muskogee, Oklahoma 74401

FOR THE DEFENDANT:          MR. ROGER HILFIGER
                            620 West Broadway
                            Muskogee, Oklahoma 74401

                            MR. BRET A. SMITH
                            Attorney at Law
                            315 North 5th Street
                            Muskogee, Oklahoma 74401

COURT REPORTER:             KARLA S. McWHORTER
                            UNITED STATES COURT REPORTER
                            P. O. Box 2251
                            Muskogee, Oklahoma 74402

Proceedings recorded by mechanical stenography,
transcript produced by computer.

FORM C-100 - LASER  REPORTERS PAPER & MFG. CO.  800-626-6313

# EXHIBIT "B"

COURT IN SESSION

THE COURT: Now that the courtroom is unsealed, let me take up the next issue. I have made some reference to the individual juror qualification process, but let me tell you, for the record, it is my intent to bring ten jurors into the courtroom 9:00 a.m. and then another ten at 1:30. At each of these times the case will be called, I'll ask the attorneys to identify themselves on the record and then I will read a brief prepared statement to each group of ten jurors. During this statement I would like to give the jurors a brief summary of what this case is about. Therefore, I would like for the attorneys to get together and by next Tuesday, September the 6th, file an agreed upon -- hopefully you can agree upon a statement summarizing the charges against the defendant. If you can also agree upon items that should be included in this statement -- and I have noticed the defendant has filed a proposed introduction -- then you should include that also, but it would be helpful to the Court if you could give that some thought and if possible -- I want you by September 6th to file an agreed upon statement or tell me you can't agree and each of you give me your version of what you think is appropriate. And perhaps you should -- I'm not telling you how to do it, but if you each draft a proposal, exchange it and then talk about it or you may meet

together and be able to talk about it, but exchange the thoughts about it.

I anticipate that your trial briefs will contain all of the legal and evidentiary issues which might arise in this trial. While a generic brief has been filed regarding certain issues, there is no indication to the Court what facts might be involved in these issues. I bring this to your attention for -- to hopefully soliciting your assistance as we go forward. For instance, in the government's brief, the government says the defendant made a self-serving statement after his arrest and the defendant should not be allowed to introduce the statement as part of the defense case because the statement will be hearsay. Now, the brief, however, does not identify what that statement was, when it was made, et cetera. These issues are important in determining if the statement was, in fact, hearsay and whether the statement was self-serving would be a legal decision that the Court will have to make before deciding whether or not the statement is admissible as an exception to the hearsay rule. The brief does not, however, appear to be a Motion in limine. So, I'm left with some questions about the government's intent. Similarly, the government has generic language about the use of Rule 404(b) evidence, but no 404(b) notice has been filed in the case to my knowledge. I guess my question is:

Does the government intend to file such a notice?

MR. SPERLING: I believe the answer is no, Your Honor. I will check and if that needs to be modified, I will promptly notify the Court.

THE COURT: If you can do that by Tuesday, the close of business.

There is a suggestion that there should be use of transcripts from previous state and jury trials regarding, I think from the defendant's point, witnesses' refusal to make themselves available for defense subpoena. I would remind us that Rule 804 of the Federal Rules of Evidence defines unavailability of witnesses. It's not my intention to decide whether or not prior witnesses are unavailable until I hear the evidence regarding attempts at service or other factors contained within this rule. The defendant at this point has plenty of notice when the testimony is going to begin in this case and should have the ability to subpoena every potential witness immediately. I will not look favorably upon some decision to not subpoena someone just because the defense believes they will be a government witness. That's the point I'm trying to make, is that if -- and I know from experience that those agreements and understandings can be made between counsel, that -- look, I'm going to have that witness here and they can testify for the defense and for the government. I'm just wanting