**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

December 14, 2009

Douglas E. Cressler
Chief Deputy Clerk

Mr. David B. Autry
1021 N.W. 16th Street
Oklahoma City, OK 73106

Mr. Tivon Schardl
Federal Defender's Office
Capital Habeas Unit
801 I Street, 3rd Floor
Sacramento, CA 95814

**RE:     09-7096, In re: Barrett**
          District docket: 6:09-CV-00105-JHP

Dear Counsel:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:     Jeffrey Bradford Kahan
        Christopher Wilson

EAS/ao